**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
James A. Beckstrom, Esq.
Nevada Bar No. 14032
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jbeckstrom@maclaw.com

**Clark County School District**
**Office of the General Counsel**
Crystal J. Herrera, Esq.
Nevada Bar No. 12396
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
herrec4@nv.ccsd.net
*Attorneys for CCSD Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE COX, individually, and as a parent and next friend of M.C., <br><br> Plaintiffs, <br><br> vs. <br><br> RYAN LEWIS, individually, and in his official capacity, JORGE PALACIOS, individually, and in his official capacity, and CLARK COUNTY SCHOOL DISTRICT, <br><br> Defendants. | Case Number: <br> 2:20-cv-01792-JCM-DJA <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR CCSD DEFENDANTS TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS [ECF NO. 9]** <br><br> *(Second Request)* |

Defendants CLARK COUNTY SCHOOL DISTRICT ("CCSD"), Ryan Lewis ("Lewis"), and Jorge Palacios ("Palacios") (collectively "CCSD Defendants"), and Plaintiff Michelle Cox, by and through their respective counsel of record, hereby stipulate to the following:

MAC:1444-015 4246864 1/7/2021 1:56 PM

1.     The Parties hereby stipulate and agree that Defendant shall have an additional five (5) days to file their Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss.

2.     Defendants filed their Motion to Dismiss on December 4, 2020 (ECF No. 7) and Plaintiff filed her Opposition on December 4, 2020 (ECF No. 9).

3.     The current deadline to Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss is January 4, 2021 and the requested extension would make the new deadline be January 9, 2021.

2.     This extension is the second request and is made in good faith and is not for the purpose of delay.

**IT IS SO STIPULATED.**

Dated this 7th day of January, 2021.                           Dated this 7th day of January, 2021.

**MARQUIS AURBACH COFFING**                       **THE BACH LAW FIRM, LLC**

By: */s/ James A. Beckstrom*                                      By: */s/ Jason J. Bach*
   Craig R. Anderson, Esq.                                              Jason J. Bach, Esq.
   Nevada Bar No. 6882                                                 Nevada Bar No. 7984
   James A. Beckstrom, Esq.                                         7881 W. Charleston Blvd., Suite 165
   Nevada Bar No. 14032                                               Las Vegas, NV 89117
   10001 Park Run Drive                                                 *Attorneys for Plaintiff*
   Las Vegas, Nevada 89145
   *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE

DATED: January 8, 2021

MAC:1444-015 4246864 1/7/2021 1:56 PM