JASON J. BACH
Nevada Bar No. 7984
**THE BACH LAW FIRM, LLC**
7881 W. Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE COX, individually, and as parent and next friend of M.C.,<br><br>*Plaintiffs*,<br><br>v.<br><br>RYAN LEWIS, individually, and in his official capacity; JORGE PALACIOS, individually, and in his official capacity; and CLARK COUNTY SCHOOL DISTRICT,<br><br>*Defendants*. | Civil Action No. 2:20-cv-01792-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES (SECOND REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 26-3, Michelle Cox ("Mrs. Cox"), individually, and as parent and next friend of M.C. (collectively, "Plaintiffs") and Defendants Ryan Lewis, Jorge Palacios, and Clark County School District ("CCSD," collectively with Mr. Lewis and Ms. Palacios, the "Defendants"), by and through their respective counsel of record, hereby stipulate and request that this Court extend all discovery deadlines set forth in the Order [Docket No. 21] granting the parties' Stipulation to Extend Discovery Deadlines (First Request), entered in the above-captioned case, approximately sixty (60) days as outlined herein. This Stipulation is being entered in good faith and not for purposes of delay.

- 1 -

**A. DISCOVERY COMPLETED**

**PLAINTIFFS' DISCOVERY**

1. On January 26, 2021, Plaintiffs disclosed their Rule 26(a)(1) Initial Disclosure of Witnesses and Documents;

2. On April 12, 2021, Plaintiffs disclosed their Rule 26(a)(1) Supplemental Disclosure of Witnesses and Documents;

3. On April 12, 2021, Plaintiff Michelle Cox served her Responses to Defendants' First Set of Interrogatories, First Requests for Production and First Request for Admissions;

4. On April 12, 2021, Plaintiff M.C. served their Responses to Defendants' First Set of Interrogatories and First Requests for Production;

5. On April 12, 2021, Plaintiff Michelle Cox served her First Set of Interrogatories and First Request for Production upon Defendant Clark County School District;

6. On April 12, 2021, Plaintiff Michelle Cox served her First Set of Interrogatories and First Request for Admissions upon Defendant Ryan Lewis;

7. On April 12, 2021, Plaintiff Michelle Cox served her First Set of Interrogatories and First Request for Admissions upon Defendant Jorge Palacios;

8. On June 8, 2021, Plaintiffs served their Responses to Defendants' Second Set of Interrogatories;

9. On June 8, 2021, Plaintiffs disclosed their Rule 26(a)(1) Second Supplemental Disclosure of Witnesses and Documents;

10. On June 16, 2021, Plaintiff Michelle Cox served her Responses to Defendants' Second Requests for Production;

11. On June 16, 2021, Plaintiffs disclosed their Rule 26(a)(1) Third Supplemental Disclosure of Witnesses and Documents;

12. On August 9, 2021, Plaintiff Michelle Cox attended her independent medical examination with Defendant's expert witness, Dr. Lewis Etcoff;

13. On August 11, 2021, Plaintiff M.C. attended their independent medical examination with Defendant's expert witness, Dr. Lewis Etcoff;

14. On October 13, 2021, Plaintiff took the deposition of Defendant Ryan Lewis;

15. On October 13, 2021, Plaintiff took the deposition of Defendant Jorge Palacios; and

16. On October 14, 2021, Plaintiff took the deposition of Dr. Tammy Malich.

**DEFENDANTS' DISCOVERY**

1. On January 26, 2021, Defendants disclosed their Initial Disclosure of Witnesses and Documents;

2. On February 24, 2021, Defendants served their First Request for Admissions, First Set of Interrogatories and First Request for Production of Documents upon Plaintiff Michelle Cox;

3. On February 24, 2021, Defendants served their First Set of Interrogatories and First Request for Production of Documents upon Plaintiff M.C.;

4. On April 29, 2021, Defendants served their Second Set of Interrogatories upon Plaintiffs;

5. On May 17, 2021, Defendants served their Second Request for Production of Documents upon Plaintiff Michelle Cox;

6. On May 26, 2021, Defendants disclosed their First Supplemental Disclosure of Witnesses and Documents;

7. On May 27, 2021, Defendants Jorge Palacios and Ryan Lewis served their Responses to Plaintiff Michelle Cox's First Request for Admissions;

8. On June 9, 2021, Defendant CCSD served its Answers to Plaintiff Michelle Cox's First Set of Interrogatories;

9. On June 11, 2021, Defendants Jorge Palacios and Ryan Lewis served their Responses to Plaintiff Michelle Cox's First Set of Interrogatories;

10. On June 29, 2021, Defendants disclosed their Second Supplemental Disclosure of Witnesses and Documents;

11. On July 19, 2021, Defendant CCSD served its Responses to Plaintiff Michelle Cox's Request for Production of Documents;

12. On July 27, 2021, Defendants disclosed their Third Supplemental Disclosure of Witnesses and Documents;

13. On August 4, 2021, Defendants disclosed their Fourth Supplemental Disclosure of Witnesses and Documents;

14. On August 9, 2021, Defendants disclosed their Fifth Supplemental Disclosure of Witnesses and Documents;

15. On August 27, 2021, Defendants disclosed their Sixth Supplemental Disclosure of Witnesses and Documents; and

16. On September 22, 2021, Defendants disclosed their Seventh Supplemental Disclosure of Witnesses and Documents.

**B.     DISCOVERY THAT REMAINS TO BE COMPLETED**

The Parties are actively conducting discovery.  Due to extreme backlog from COVID-19, Plaintiffs were not able to attend their independent medical examinations with Dr. Lewis Etcoff, until August 9, 2021, and August 11, 2021.  Plaintiffs are unable to retain certain experts until they have an opportunity to review Dr. Etcoff's independent medical examination report, which is not yet available to Plaintiffs.

Defendants currently have the depositions of M.C. and Randy Cox set for November 3, 2021, and Plaintiff Michelle Cox for November 5, 2021. Plaintiff intends to set additional depositions for November 2021.

For the reasons explained below, the Parties will need additional time to propound additional written discovery, respond to written discovery, disclose experts and conduct additional depositions.

**C.  SPECIFIC DESCRIPTION OF WHY EXTENSION IS NECESSARY**

Pursuant to Local Rule 26-3, the Parties submit that good causes exists for the extension requested. The Parties have been diligently conducting discovery and continue to conduct discovery. However, additional time is needed for discovery due to the number of parties involved, expert schedules, and because scheduling of depositions has been difficult based on the schedules of counsel.

Defendant CCSD retained Dr. Louis Etcoff to conduct an independent medical examination on both plaintiffs in this action. Dr. Etcoff had no availability to conduct these evaluations until August 9, 2021, and August 11, 2021. To date, Plaintiff have yet to receive a copy of Dr. Ectoff's independent medical examination reports, thereby making it impossible for Plaintiffs to meet the expert disclosure deadline at its present setting of November 1, 2021. As for the remainder of discovery, Plaintiff contemplates extensive depositions in this case, which has been complicated by busy schedules for both sides and the disclosure of their expert witness. Depositions for Plaintiff M.C. and Randy Cox have been set for November 3, 2021, and Plaintiff Michelle Cox's deposition has been set for November 5, 2021. Plaintiff anticipates setting additional depositions of CCSD employees, and other witnesses, in November 2021.

### D.  PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DEADLINES

|  | Current Deadline | Proposed New Deadline |
|---|---|---|
| Amend Pleadings and Add Parties | July 2, 2021 | **Past/ Unchanged** |
| Initial Expert Disclosures | November 1, 2021 | **December 31, 2021** |
| Rebuttal Expert Disclosures | December 1, 2021 | **January 31, 2022** |
| Discovery Cut-Off | December 29, 2021 | **February 28, 2022** |
| Dispositive Motions | January 31, 2022 | **April 1, 2022** |
| Pretrial Order | March 1, 2022 | **May 2, 2022** |

Based on the foregoing stipulation and proposed deadlines plan, the Parties request that all discovery deadlines set forth in the Order [Docket No. 21] granting the parties' Stipulation to Extend Discovery Deadlines (First Request) be extended an additional sixty (60) days, as stated herein, so that the parties may review Dr. Ectoff's independent medical examination reports, propound additional written discovery, respond to written discovery, disclose experts and conduct additional depositions.

///

///

| | |
|---|---|
| Dated this 19th day of October, 2021. | Dated this 19th day of October, 2021. |
| **THE BACH LAW FIRM, LLC** | **MARQUIS AURBACH COFFING** |
| By: */s/ Jason J. Bach* | By:*/s/ James A. Beckstrom* |
|    Jason J. Bach |    Craig R. Anderson |
|    Nevada Bar No. 7984 |    Nevada Bar No. 6882 |
|    7881 W. Charleston Blvd., Suite 165 |    James A. Beckstrom |
|    Las Vegas, NV 89117 |    Nevada Bar No. 14032 |
|    *Attorneys for Plaintiff* |    10001 Park Run Drive |
| |    Las Vegas, Nevada 89145 |
| |    Clark County School District |
| |    Office of the General Counsel |
| |    Crystal J. Herrera |
| |    Nevada Bar No. 12396 |
| |    5100 West Sahara Avenue |
| |    Las Vegas, Nevada 89146 |
| |    *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

DATED: October 20, 2021

_____
Daniel J. Albregts
United States Magistrate Judge