JASON J. BACH
Nevada Bar No. 7984
**THE BACH LAW FIRM, LLC**
7881 W. Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE COX, individually, and as parent and next friend of M.C., | Civil Action No. 2:20-cv-01792-JCM-DJA |
| *Plaintiffs*, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT** |
| v. | |
| RYAN LEWIS, individually, and in his official capacity; JORGE PALACIOS, individually, and in his official capacity; and CLARK COUNTY SCHOOL DISTRICT, | |
| *Defendants*. | **(First Request)** |

Plaintiff, Michelle Cox ("Mrs. Cox"), individually, and as parent and next friend of M.C. (collectively, "Plaintiffs") and Defendants Ryan Lewis, Jorge Palacios, and Clark County School District ("CCSD," collectively with Mr. Lewis and Ms. Palacios, the "Defendants") by and through their undersigned counsel, herby stipulate to the following:

1.      Plaintiffs and Defendants hereby stipulate and agreed that Plaintiffs shall have an additional seven (7) days to file their Reply to Defendants' Opposition to Plaintiffs' Motion for Leave to Amend Complaint.

- 1 -

2.      Plaintiffs filed their Motion for Leave to Amend Complaint [Docket No. 24] on October 19, 2021, and Defendants filed their Opposition to Plaintiffs' Motion for Leave to Amend Complaint [Docket No. 27] on November 02, 2021.

3.      The current deadline to Reply to Defendants' Opposition to Plaintiffs' Motion for Leave to Amend Complaint is November 9, 2021 and the requested extension would make the new deadline be November 16, 2021.

4.      This extension is the first request and is made in good faith and is not for the purpose of delay.

**IT IS SO STIPULATED.**

Dated this 8th day of November, 2021.                     Dated this 8th day of November, 2021.


**THE BACH LAW FIRM, LLC**                                **MARQUIS AURBACH COFFING**


By: */s/ Jason J. Bach*                                   By:*/s/ James A. Beckstrom*
    Jason J. Bach                                             Craig R. Anderson
    Nevada Bar No. 7984                                       Nevada Bar No. 6882
    7881 W. Charleston Blvd., Suite 165                       James A. Beckstrom
    Las Vegas, NV 89117                                       Nevada Bar No. 14032
    *Attorneys for Plaintiff*                                 10001 Park Run Drive
                                                              Las Vegas, Nevada 89145

                                                              Clark County School District
                                                              Office of the General Counsel
                                                              Crystal J. Herrera
                                                              Nevada Bar No. 12396
                                                              5100 West Sahara Avenue
                                                              Las Vegas, Nevada 89146
                                                              *Attorneys for Defendants*


## ORDER

IT IS SO ORDERED dated this 9th day of November, 2021.

_____
Daniel J. Albregts
United States Magistrate Judge

- 2 -