**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com

**Clark County School District**
**Office of the General Counsel**
Crystal J. Herrera, Esq.
Nevada Bar No. 12396
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
herrec4@nv.ccsd.net

Attorneys for CCSD Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE COX, individually, and as a parent and next friend of M.C.,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN LEWIS, individually, and in his official capacity, JORGE PALACIOS, individually, and in his official capacity, and CLARK COUNTY SCHOOL DISTRICT,<br><br>Defendants. | Case No.:   2:20-cv-01792-JCM-DJA |

## CCSD DEFENDANTS' MOTION TO REMOVE ATTORNEY FROM SERVICE LIST

Defendants Clark County School District ("CCSD"), Ryan Lewis ("Lewis"), and Jorge Palacios ("Palacios") (collectively "CCSD Defendants"), by and through their attorneys of record, the law firm of Marquis Aurbach, hereby request that James A. Beckstrom, Esq. be removed from the list of counsel to be noticed because Mr. Beckstrom is no longer an attorney with the law firm of Marquis Aurbach.

Page 1 of 3

Additionally, the above counsel also requests that James A. Beckstrom, Esq. be removed as counsel of record and the email addresses of jbeckstrom@maclaw.com and kpiet@maclaw.com be removed from the CM/ECF service list.

Dated this 24th day of January, 2022.

                                      MARQUIS AURBACH

                                      By   /s/ Jackie V. Nichols
                                            Craig R. Anderson, Esq.
                                            Nevada Bar No. 6882
                                            Jackie V. Nichols, Esq.
                                            Nevada Bar No. 14246
                                            10001 Park Run Drive
                                            Las Vegas, Nevada 89145
                                            Attorneys for CCSD Defendants

**IT IS SO ORDERED**.

DATED: January 25, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRAE JUDGE

MAC:01444-015 4590123_1 1/24/2022 12:12 PM

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **CCSD DEFENDANTS' MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 24th day of January, 2022.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

                                           N/A

/s/ Krista Busch
An employee of Marquis Aurbach

MAC:01444-015 4590123_1 1/24/2022 12:12 PM