**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com

**Clark County School District**
**Office of the General Counsel**
Crystal J. Herrera, Esq.
Nevada Bar No. 12396
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
herrec4@nv.ccsd.net

Attorneys for CCSD Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE COX, individually, and as a parent and next friend of M.C., <br><br> Plaintiffs, <br><br> vs. <br><br> RYAN LEWIS, individually, and in his official capacity, JORGE PALACIOS, individually, and in his official capacity, and CLARK COUNTY SCHOOL DISTRICT, <br><br> Defendants. | Case Number: <br> 2:20-cv-01792-JCM-DJA <br><br> **STIPULATION AND ORDER** <br> **(SETTLEMENT CONFERENCE)** |

Plaintiffs Michelle Cox, individually, and as a parent and next friend of M.C., by and through their attorney of record, Jason J. Bach, Esq., of The Bach Law Firm, LLC, and Defendants Clark County School District ("CCSD"), Ryan Lewis ("Lewis"), and Jorge Palacios ("Palacios") (collectively "CCSD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, hereby stipulate to the following:

. . .

MAC:01444-015 4678735_1 4/13/2022 3:01 PM

1.       The Parties hereby agree and stipulate to attend a settlement conference with the assigned Magistrate Judge, Magistrate Judge Daniel J. Albregts, in accordance with this Court's referral, and request that the Court order that a settlement conference be conducted.

2.       The Parties hereby agree and request that this Court refer the instant matter Magistrate Judge Daniel J. Albregts, for a settlement conference.

3.       The Parties hereby agree and request that Magistrate Judge Albregts schedule the settlement conference for any of the following dates:

- April 26, 2022; or
- May 2, 2022.

IT IS SO STIPULATED.

| Dated this <u>13th</u> day of April, 2022 | Dated this <u>13th</u> day of April, 2022 |
|---|---|
| THE BACH LAW FIRM, LLC | MARQUIS AURBACH |
| By: /s/ Jason J. Bach | By: /s/ Jackie V. Nichols |
| Jason J. Bach, Esq.<br>Nevada Bar No. 7984<br>7881 W. Charleston Blvd., Suite 165<br>Las Vegas, Nevada 89117<br>Attorney for Plaintiffs | Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>Jackie V. Nichols, Esq.<br>Nevada Bar No. 14246<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorneys for CCSD Defendants |

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Court will refer the instant matter to the assigned Magistrate Judge, Magistrate Judge Daniel J. Albregts, for a settlement conference pursuant to the Parties' request.

. . .

. . .

. . .

. . .

. . .

MAC:01444-015 4678735_1 4/13/2022 3:01 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

IT IS FURTHER ORDERED that Magistrate Judge Albregts shall schedule the settlement conference based on the dates provided by the Parties or at a date convenient for the Court.

IT IS SO ORDERED April 15, 2022.

*signature*
United States District Judge

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER (SETTLEMENT CONFERENCE)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 13th day of April, 2022.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach