**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com

**Clark County School District**
**Office of the General Counsel**
Crystal J. Herrera, Esq.
Nevada Bar No. 12396
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
herrec4@nv.ccsd.net
   Attorneys for CCSD Defendants

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE COX, individually, and as a parent and next friend of M.C.,<br><br>                              Plaintiffs,<br><br>        vs.<br><br>RYAN LEWIS, individually, and in his official capacity, JORGE PALACIOS, individually, and in his official capacity, and CLARK COUNTY SCHOOL DISTRICT,<br><br>                              Defendants. | Case Number:<br>2:20-cv-01792-JCM-BNW<br><br>**STIPULATION AND ORDER TO**<br>**EXTEND DISPOSITIVE MOTION**<br>**DEADLINE**<br><br>**(FIRST REQUEST)** |

The Parties, Plaintiffs Michelle Cox, individually, and as a parent and next friend of M.C., ("Plaintiffs"), by and through their counsel of record, Jason J. Bach, Esq., of The Bach Law Firm, LLC and Defendants Clark County School District ("CCSD"), Ryan Lewis ("Lewis"), and Jorge Palacios ("Palacios") (collectively "CCSD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, and hereby agree and jointly stipulate the following:

Page 1 of 4

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1.    This request for an extension of time is not sought for an improper purpose or other purpose of delay.  Additionally, counsel for Defendants has had several depositions in the *Lance Downes-Covington, et al. v. Las Vegas Metropolitan Police Department, et al,* United States District Court, District of Nevada, Case No. 2:20-cv-01790-CDS-DJA throughout the month of August.  Furthermore, in addition to her normal caseload, counsel for Defendants will be participating in a jury trial in *Faye Rivera, et al. v. Las Vegas Metropolitan Police Department, et al.,* Eighth Judicial District Court, Clark County, Case No. A-17-766014-C, which is currently scheduled for a firm setting to begin on September 6, 2022 through September 12, 2022.  This is the first request for extension of time in this matter.   The parties respectfully submit that the reasons set forth above constitute compelling reasons for the modest extension.

2.    The Parties further agree, the dispositive motion deadline currently set for August 31, 2022 shall be extended to Tuesday, September 6, 2022.

3.    WHEREFORE, the parties respectfully request that the Dispositive Motion be extended to and including Tuesday, September 6, 2022.

4.    WHEREFORE, Plaintiffs' counsel will have 30 days to file their response to Defendants' Dispositive Motion which will be due on October 6, 2022.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

MAC:01444-015 4826295_1 8/31/2022 7:26 AM

5.      This Stipulation is being entered in good faith and not for purposes of delay.

IT IS SO STIPULATED.

Dated this 31st day of August, 2022          Dated this 31st day of August, 2022

THE BACH LAW FIRM, LLC                    MARQUIS AURBACH

By:   /s/ Jason J. Bach                              By:   /s/ Jackie V. Nichols
      Jason J. Bach, Esq.                                 Craig R. Anderson, Esq.
      Nevada Bar No. 7984                                 Nevada Bar No. 6882
      7881 W. Charleston Blvd., Suite 165                 Jackie V. Nichols, Esq.
      Las Vegas, Nevada 89117                             Nevada Bar No. 14246
      Attorney for Plaintiffs                             10001 Park Run Drive
                                                          Las Vegas, Nevada 89145

                                                          Clark County School District
                                                          Office of the General Counsel
                                                          Crystal J. Herrera, Esq.
                                                          Nevada Bar No. 12396
                                                          5100 West Sahara Avenue
                                                          Las Vegas, Nevada 89146
                                                          Attorneys for CCSD Defendants

## ORDER

IT IS ORDERED that ECF No. 55 is GRANTED in part and DENIED in part. It is granted to the extent the parties seek to extend the dispositive motion deadline. It is denied to the extent the parties seek an extended response-brief deadline. The parties must file a separate stipulation seeking this relief. *See* LR IC 2-2(b).

IT IS SO ORDERED
DATED: 3:33 pm, September 01, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

Page 3 of 4

MAC:01444-015 4826295_1 8/31/2022 7:26 AM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE (FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 31st day of August, 2022.

☒        I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐        I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:01444-015 4826295_1 8/31/2022 7:26 AM