JASON J. BACH
Nevada Bar No. 7984
**THE BACH LAW FIRM, LLC**
7881 West Charleston, Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE COX, individually, and as parent and next friend of M.C., *Plaintiffs*, v. RYAN LEWIS, individually, and in his official capacity; JORGE PALACIOS, individually, and in his official capacity; and CLARK COUNTY SCHOOL DISTRICT, *Defendants*. | Case No.: 2:20-cv-01792-JCM-BNW **STIPULATION AND ORDER TO EXTEND RESPONSE TO DISPOSITIVE MOTION DEADLINE** **(FIRST REQUEST)** |

Plaintiffs Michelle Cox, individually, and as a parent and next friend of M.C., ("Plaintiffs"), by and through their counsel of record, Jason J. Bach, of The Bach Law Firm, LLC, and Defendants Clark County School District ("CCSD"), Ryan Lewis ("Lewis"), and Jorge Palacios ("Palacios") (collectively, the "CCSD Defendants" and, together with Plaintiffs, the "Parties"), by and through their counsel of record, Craig R. Anderson and Jackie V. Nichols, of Marquis Aurbach, hereby agree and jointly stipulate the following:

1. This request for an extension of time is not sought for an improper purpose or other purpose of delay. This is the first request for extension of time to respond in this matter.

2. On August 31, 2022, the Parties filed a Stipulation and Order to Extend the Dispositive Motion Deadline [Docket No. 55], up to and including September 6, 2022, and to

extend the time for Plaintiffs to file their response to CCSD Defendants' Dispositive Motion up to and including October 6, 2022.

3. On September 1, 2022, the Court entered an Order Granting and Denying in Part the Parties' Stipulation and Order [Docket No. 56]. By such Order, the Court granted the Parties' request to extend the Dispositive Motion deadline but denied the Parties' request to extend Plaintiffs' response-brief deadline and stated that the Parties must file a separate stipulation seeking this relief pursuant to LR IC 2-2(b).

4. On September 6, 2022, the CCSD Defendants filed a Motion to Exceed Page Limit on their Motion for Summary Judgment [Docket No. 57] and a Motion for Leave to File Under Seal [Docket No. 58], which remain pending before the Court at the time of filing this Stipulation. Also, on September 6, 2022, the CCSD Defendants filed a Motion for Summary Judgment [Docket No. 59].

5. Pursuant to the CCSD Defendants' Motion to Exceed Page Limit on their Motion for Summary Judgment, the CCSD Defendants anticipated filing a 60-page Motion for Summary Judgment and, in fact, the Motion for Summary Judgment filed by the CCSD Defendants numbered 63 pages. Plaintiffs are requesting additional time to respond to the CCSD Defendants' oversized Motion.

6. Additionally, counsel for Plaintiff was out of the country from September 9, 2022, through September 13, 2022, and in addition to his normal caseload, counsel for Plaintiff will need to prepare and act as Mediator in the *ACF Finco I, LP v. Taylor Metal, Inc. d/b/a Taylor Metal Products*, United States Bankruptcy Court for the District of Nevada (Las Vegas), Case No. 2:21-ap-01254-mkn.

7. The Parties respectfully submit that the reasons set forth above constitute compelling reasons for the modest extension of time.

8. WHEREFORE, Plaintiffs' counsel will have 30 days to file a response to the CCSD Defendants' Motion for Summary Judgment, which response will be due no later than October 6, 2022.

///

9. This Stipulation is being entered in good faith and not for purposes of delay.

**IT IS SO STIPULATED AND AGREED.**

| | |
|---|---|
| Dated this <u>14th</u> day of September, 2022. | Dated this <u>14th</u> day of September, 2022. |
| **THE BACH LAW FIRM, LLC** | **MARQUIS AURBACH COFFING** |
| By: */s/ Jason J. Bach* | By: */s/ Jackie V. Nichols* |
| Jason J. Bach<br>Nevada Bar No. 7984<br>7881 W. Charleston Blvd., Suite 165<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff* | Craig R. Anderson<br>Nevada Bar No. 6882<br>Jackie V. Nichols<br>Nevada Bar No. 14246<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br><br>Clark County School District<br>Office of the General Counsel<br>Crystal J. Herrera<br>Nevada Bar No. 12396<br>5100 West Sahara Avenue<br>Las Vegas, Nevada 89146<br>*Attorneys for Defendant* |

### ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this <u>16</u> day of September, 2022, that Plaintiffs' counsel will have 30 days to file a response to the CCSD Defendants' Motion for Summary Judgment, which response will be due no later than October 6, 2022.

_____
UNITED STATES DISTRICT JUDGE