**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com

**Clark County School District**
**Office of the General Counsel**
Crystal J. Herrera, Esq.
Nevada Bar No. 12396
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
herrec4@nv.ccsd.net
    Attorneys for CCSD Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE COX, individually, and as a parent and next friend of M.C.,<br><br>          Plaintiffs,<br><br>   vs.<br><br>RYAN LEWIS, individually, and in his official capacity, JORGE PALACIOS, individually, and in his official capacity, and CLARK COUNTY SCHOOL DISTRICT,<br><br>          Defendants. | Case Number:<br>2:20-cv-01792-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND CCSD DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

The Parties, Plaintiffs Michelle Cox, individually, and as a parent and next friend of

M.C., ("Plaintiffs"), by and through their counsel of record, Jason J. Bach, Esq., of The

Bach Law Firm, LLC and Defendants Clark County School District ("CCSD"), Ryan Lewis

("Lewis"), and Jorge Palacios ("Palacios") (collectively "CCSD Defendants"), by and

through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of

Marquis Aurbach, and hereby agree and jointly stipulate the following:

MAC:01444-015 4878304_1 10/20/2022 10:36 AM

1.   CCSD Defendants filed its CCSD Defendants' Motion for Summary Judgment on September 6, 2022 [ECF No. 59];

2.   Plaintiffs' Opposition to CCSD Defendants' Motion for Summary Judgment was filed on October 6, 2022 [ECF No. 66];

3.   CCSD Defendants' counsel has a scheduling conflict and is unable to meet the deadline of October 20, 2022 currently scheduled for CCSD Defendants' Reply in Support of Motion for Summary Judgment;

4.   The Parties have agreed to a two-week extension for CCSD Defendants' Reply in Support of Motion for Summary Judgment;

5.   Accordingly, the deadline for CCSD Defendants' Reply in Support of Motion for Summary Judgment, currently due on October 20, 2022, be extended to and including Thursday, November 3, 2022;

6.   This is the Parties' first request to extend the deadline to CCSD Defendants' Reply in Support of Motion for Summary Judgment; and

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:01444-015 4878304_1 10/20/2022 10:36 AM

7.      This Stipulation is being entered in good faith and not for purposes of delay.

IT IS SO STIPULATED.

Dated this 20th day of October, 2022          Dated this 20th day of October, 2022

THE BACH LAW FIRM, LLC                          MARQUIS AURBACH

By:   /s/ Jason J. Bach                                    By:   /s/ Jackie V. Nichols
    Jason J. Bach, Esq.                                  Craig R. Anderson, Esq.
    Nevada Bar No. 7984                               Nevada Bar No. 6882
    7881 W. Charleston Blvd., Suite 165          Jackie V. Nichols, Esq.
    Las Vegas, Nevada 89117                        Nevada Bar No. 14246
    Attorney for Plaintiffs                              10001 Park Run Drive
                                                                      Las Vegas, Nevada 89145

                                                                      Clark County School District
                                                                      Office of the General Counsel
                                                                      Crystal J. Herrera, Esq.
                                                                      Nevada Bar No. 12396
                                                                      5100 West Sahara Avenue
                                                                      Las Vegas, Nevada 89146
                                                                      Attorneys for CCSD Defendants

**ORDER**

The above Stipulation is hereby GRANTED.

DATED October 20, 2022.


_____
United States District Judge

MAC:01444-015 4878304_1 10/20/2022 10:36 AM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND CCSD DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 20th day of October, 2022.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

MAC:01444-015 4878304_1 10/20/2022 10:36 AM