**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com

**Clark County School District**
**Office of the General Counsel**
Crystal J. Herrera, Esq.
Nevada Bar No. 12396
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
herrec4@nv.ccsd.net
    Attorneys for CCSD Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE COX, individually, and as a parent and next friend of M.C., <br><br> Plaintiffs, <br><br> vs. <br><br> RYAN LEWIS, individually, and in his official capacity, JORGE PALACIOS, individually, and in his official capacity, and CLARK COUNTY SCHOOL DISTRICT, <br><br> Defendants. | Case Number: <br> 2:20-cv-01792-JCM-BNW <br><br> **STIPULATION AND ORDER TO EXTEND CCSD DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** <br><br> **(SECOND REQUEST)** |

The Parties, Plaintiffs Michelle Cox, individually, and as a parent and next friend of M.C., ("Plaintiffs"), by and through their counsel of record, Jason J. Bach, Esq., of The Bach Law Firm, LLC and Defendants Clark County School District ("CCSD"), Ryan Lewis ("Lewis"), and Jorge Palacios ("Palacios") (collectively "CCSD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, and hereby agree and jointly stipulate the following:

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:01444-015 4889891_1 11/2/2022 3:09 PM

1    1.    CCSD Defendants filed its CCSD Defendants' Motion for Summary

2 Judgment on September 6, 2022 [ECF No. 59];

3    2.    Plaintiffs' Opposition to CCSD Defendants' Motion for Summary Judgment

4 was filed on October 6, 2022 [ECF No. 66];

5    3.    CCSD Defendants' counsel has been out of the office due to her son's illness

6 and is unable to meet the deadline of November 3, 2022 currently scheduled for CCSD

7 Defendants' Reply in Support of Motion for Summary Judgment;

8    4.    The Parties have agreed to a two-day extension for CCSD Defendants' Reply

9 in Support of Motion for Summary Judgment;

10    5.    Accordingly, the deadline for CCSD Defendants' Reply in Support of Motion

11 for Summary Judgment, currently due on November 3, 2022, be extended to and including

12 Monday, November 7, 2022;

13    6.    This is the Parties' second request to extend the deadline to CCSD

14 Defendants' Reply in Support of Motion for Summary Judgment; and

15 . . .

16 . . .

17 . . .

18 . . .

19 . . .

20 . . .

21 . . .

22 . . .

23 . . .

24 . . .

25 . . .

26 . . .

27 . . .

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:01444-015 4889891_1 11/2/2022 3:09 PM

7.      This Stipulation is being entered in good faith and not for purposes of delay.

IT IS SO STIPULATED.

Dated this 2nd day of November, 2022        Dated this 2nd day of November, 2022

THE BACH LAW FIRM, LLC                  MARQUIS AURBACH

By:   /s/ Jason J. Bach                         By:   /s/ Jackie V. Nichols
    Jason J. Bach, Esq.                            Craig R. Anderson, Esq.
    Nevada Bar No. 7984                           Nevada Bar No. 6882
    7881 W. Charleston Blvd., Suite 165           Jackie V. Nichols, Esq.
    Las Vegas, Nevada 89117                       Nevada Bar No. 14246
    Attorney for Plaintiffs                        10001 Park Run Drive
                                                  Las Vegas, Nevada 89145

                                                  Clark County School District
                                                  Office of the General Counsel
                                                  Crystal J. Herrera, Esq.
                                                  Nevada Bar No. 12396
                                                  5100 West Sahara Avenue
                                                  Las Vegas, Nevada 89146
                                                  Attorneys for CCSD Defendants

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this 3rd  day of November, 2022.

_____
United States District Judge

Page 3 of 4

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND CCSD DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (SECOND REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 2nd day of November, 2022.

☒   I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐   I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:01444-015 4889891_1 11/2/2022 3:09 PM