AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Michelle Cox & M.C.

                 Plaintiffs,

v.

Ryan Lewis, Jorge Palacios & Clark County School District

                 Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-01792-JCM-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of Defendants and against Plaintiffs.

 

06/06/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ C. Harrington  
Deputy Clerk